UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID W. SCOTT,

    Plaintiff,

v.                          CASE NO. 8:18-cv-392-T-23TGW

NANCY A. BERRYHILL, Deputy
Commissioner for Operations,

    Defendant.
_____/

## **ORDER**

On November 27, 2018, Magistrate Judge Thomas G. Wilson issued a report (Doc. 19) that recommends granting the Commissioner of Social Security's motion (Doc. 10) to dismiss the complaint for lack of subject-matter jurisdiction. More than fourteen days has passed, and no party objects to Magistrate Judge Wilson's thorough and well-reasoned report. Accordingly, the report and recommendation (Doc. 19) is **ADOPTED**, and the complaint is **DISMISSED** for lack of subject-matter jurisdiction. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on December 14, 2018.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE